UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISON

ZEANDREW STAMPS and
DERRICK ARNETT, on behalf of
themselves and on behalf of all others
similarly situated,

      Plaintiffs,                       Case No.:  8:17-cv-00192-EAK-TGW

v.

LAKELAND CHOPHOUSE, LLC d/b/a
MANNY'S ORIGINAL CHOPHOUSE and
EMMANUEL NIKOLAIDIS, an individual,

      Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

      Plaintiffs, ZEANDREW STAMPS and DERRICK ARNETT, on behalf of themselves and on behalf of all others similarly situated, pursuant to Fed. R. Civ. P. 41(a), hereby voluntarily dismisses this action.

Dated this 8th day of March, 2017.

    Respectfully submitted,

/s/ Matthew K. Fenton
**MATTHEW K. FENTON**
Florida Bar Number: 0002089
Direct Dial: 813-223-6413
**BRANDON J. HILL**
Florida Bar Number: 37061
Direct No.: 813-337-7992
**WENZEL FENTON CABASSA, P.A.**
1110 North Florida Avenue, Suite 300
Tampa, Florida 33602
Main Number: 813-224-0431
Facsimile: 813-229-8712
E-Mail: mfenton@wfclaw.com
E-Mail: bhill@wfclaw.com
E-Mail: tsoriano@wfclaw.com
E-Mail: mk@wfclaw.com
**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 8th day of March, 2017, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system.  I further certify that I mailed a true and accurate copy of the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

LAKELAND CHOPHOUSE, LLC d/b/a
MANNY'S ORIGINAL CHOPHOUSE
C/O EMMANUEL NIKOLAIDIS, REGISTERED AGENT
5125 S FLORIDA AVE
LAKELAND, FL  33813

EMMANUEL NIKOLAIDIS
5125 S FLORIDA AVE
LAKELAND, FL  33813

    /s/ Matthew K. Fenton
    **MATTHEW K. FENTON**